1
2
3
4
5                   UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE A. BROCKWAY & JULIE BROCKWAY, husband and wife,<br><br>         Plaintiffs,<br><br>     -vs-<br><br>LAMINATION TECHNOLOGY INDUSTRIES, INC., incorporated in the State of Oregon and doing business in the State of Washington,<br><br>         Defendant. | NO. CV-08-0118-LRS<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties have filed a "Stipulated Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii)" and request that this matter be dismissed with prejudice. (Ct. Rec. 27). Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 18th day of June, 2009.

                              *s/Lonny R. Suko*
                         _____
                              LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL